UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
                                  :
ERIC GLATT, *et al.*,             :    11 Civ. 6784 (WHP)
                                  :
         Plaintiffs,              :    SCHEDULING ORDER
                                  :
    -against-                     :
                                  :
FOX SEARCHLIGHT PICTURES INC.,    :
                                  :
         Defendant.               :
                                  :
--------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/12
```

WILLIAM H. PAULEY III, District Judge:

The parties are directed to appear for a conference on January 19, 2012, at 11:30 a.m.

Dated: January 6, 2012
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

-1-

*Counsel of Record:*

Adam T Klein, Esq.
Elizabeth Hartley Wagoner, Esq.
Rachel Megan Bien, Esq.
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016
*Counsel for Plaintiffs*

Elise Michelle Bloom, Esq.
Amy F. Melican, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Defendant*