UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
ERIC GLATT, et al.,           :   11 Civ. 6784 (WHP)
                              :
         Plaintiffs,          :   ORDER
                              :
    -against-                 :
                              :
FOX SEARCHLIGHT PICTURES INC.,:
                              :
         Defendant.           :
                              :
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/12

WILLIAM H. PAULEY III, District Judge:

The parties are directed to appear for a conference on June 4, 2012 at 12:00 p.m. regarding the discovery disputes identified in their letters dated May 8 and May 9, 2012.

Further, Defendant's application to extend the page limit for its letter submission is granted, and this Court will consider the submission labeled "Exhibit 1" to Defendant's May 9 letter. However, in view of Defendant's disregard of this Court's Individual Rules, Plaintiffs are invited to submit a reply letter of no more than five pages to the Court by June 1, 2012. This Court will entertain no further submissions from Defendant in connection with these discovery disputes.

Dated: May 21, 2012
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

Adam T Klein, Esq.
Elizabeth Hartley Wagoner, Esq.
Rachel Megan Bien, Esq.
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016
*Counsel for Plaintiffs*

Elise Michelle Bloom, Esq.
Amy F. Melican, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Defendant*