UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                                  :

ERIC GLATT, *et al.*,                 11 Civ. 6784 (WHP)
                                  :

         Plaintiffs,                ORDER
                                  :

         -against-
                                  :

FOX SEARCHLIGHT PICTURES INC.,
                                  :

         Defendant.
                                  :
------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/12
```

WILLIAM H. PAULEY III, District Judge:

        For the reasons stated on the record on August 24, 2012, Defendant is directed to produce to Plaintiffs e-mails sent to interns discussing this lawsuit. Defendant is directed to produce these e-mails forthwith.

Dated: August 24, 2012
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                     U.S.D.J.

*Counsel of Record:*

Adam T Klein, Esq.
Elizabeth H. Wagoner, Esq.
Rachel M. Bien, Esq.
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016
*Counsel for Plaintiffs*

Elise M. Bloom, Esq.
Amy F. Melican, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Defendant*