UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                          :

ERIC GLATT, *et al.*,                11 Civ. 6784 (WHP)

               :

        Plaintiffs,          SCHEDULING ORDER

               :

      -against-

               :

FOX SEARCHLIGHT PICTURES INC.,

               :

        Defendant.

               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 8/27/12

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a pre-motion conference on August

24, 2012, the following schedule is established:

        (1) Plaintiffs shall serve and file their motion to amend by September 5,
            2012;

        (2) Defendant shall serve and file its opposition by September 19, 2012;

        (3) Plaintiffs shall serve and file their reply, if any, by September 25,
            2012; and

        (4) This Court will hear oral argument on October 9, 2012 at 5:00 p.m.

Dated:  August 24, 2012
       New York, New York

                       SO ORDERED:

                       _____
                       WILLIAM H. PAULEY III
                       U.S.D.J.

-1-

*Counsel of Record:*

Adam T Klein, Esq.
Elizabeth H. Wagoner, Esq.
Rachel M. Bien, Esq.
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016
*Counsel for Plaintiffs*

Elise M. Bloom, Esq.
Amy F. Melican, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Defendant*