UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| ERIC GLATT and ALEXANDER FOOTMAN, on behalf of themselves and all others similarly situated, | : : : | Civil Action No. 11-CV-6784 (WHP) |
| | : | **ECF Case** |
| Plaintiffs, | : : | **DECLARATION OF** |
| -against- | : : | **AMY F. MELICAN, ESQ.** |
| FOX SEARCHLIGHT PICTURES INC., | : : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMY F. MELICAN, Esq. declares, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that the following is true and correct:

1.  I am an attorney employed by Proskauer Rose LLP, counsel for Fox Searchlight Pictures Inc., defendant in the above-captioned matter. I submit this Declaration in support of Defendant Fox Searchlight Pictures Inc.'s Opposition to Plaintiffs' Motion to Amend the Complaint.

2.  Attached hereto as Exhibit A is a true and complete copy of plaintiffs' proposed amended complaint, which was attached as Exhibit 1 to Rachel Bien's declaration, sworn to September 5, 2012, in support of plaintiffs' motion to amend the complaint.

3.  Attached hereto as Exhibit B is a true and correct copy of Rachel Bien's letter to the Court, dated August 2, 2012, requesting a pre-motion conference in anticipation of Plaintiffs' motion for leave to amend the complaint.

4.  Attached hereto as Exhibit C is a true and correct copy of a *500 Days of Summer* Crew List (D0001914-31), which was produced on April 12, 2012 during discovery in this action and Searchlight's enclosure letter, dated April 12, 2012.

5. Attached hereto as Exhibit D is a true and correct copy of the Opinion Letter, dated April 7, 2010, which was issued by the California Department of Labor Standards Enforcement concerning an "Educational Internship Program."

6. Attached hereto as Exhibit E is a true and correct copy of the Cast and Crew Start/Close Form for Eric Glatt (DS0002809), which was produced during discovery in this action.

7. Attached hereto as Exhibit F is a true and correct copy of Elise M. Bloom's letter to the Court, dated August 9, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of an email Plaintiffs' counsel sent to at least one former Searchlight intern in connection with this litigation.

9. Attached hereto as Exhibit H is a true and correct copy of the relevant portions of the transcript from the August 15, 2012 deposition of Elizabeth Sayre.

10. Attached hereto as Exhibit I is a true and correct copy of relevant portions of the transcript from the May 11, 2012 deposition of Eric Glatt.

11. Attached hereto as Exhibit J is a true and correct copy of the relevant portions of the transcript from the August 8, 2012 deposition of John Maybee.

12. Attached hereto as Exhibit K is a true and correct copy of the relevant portions of the transcript from the July 23, 2012 deposition of Eden Antalik.

Dated: September 19, 2012
New York, New York

_____
AMY F. MELICAN