**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Elizabeth Wagoner
Reena Arora
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GLATT and ALEXANDER FOOTMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FOX SEARCHLIGHT PICTURES INC., <br><br> Defendant. | No. 11 Civ. 6784 (WHP) |

### SUPPLEMENTAL DECLARATION OF RACHEL BIEN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT AND TO JOIN PLAINTIFFS EDEN ANTALIK AND KANENE GRATTS AS NAMED PLAINTIFFS AND FOX ENTERTAINMENT GROUP, INC. AS A DEFENDANT

I, Rachel Bien, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney at Outten & Golden LLP, Plaintiffs' counsel herein. I am an attorney in good standing admitted to practice in the State of New York and before this Court.

2. I make the statements in this Declaration based on my personal knowledge and would so testify if called as a witness at trial.

**Exhibits**

3. Attached as **Exhibit 12** a true and correct copy of excerpts from the deposition transcript of Eden Antalik, dated July 23, 2012 ("Antalik Tr.").

4. Attached as **Exhibit 13** is a true and correct copy of email correspondence between Aimee Hoffman, John Maybee, and Eden Antalik, dated July 21-23, 2009 ("Emails, dated July 21-23, 2009").

5. Attached as **Exhibit 14** is a true and correct copy of excerpts from the deposition transcript of John Maybee, dated August 9, 2012 ("Maybee Tr.").

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 25, 2012
New York, New York

/s/ Rachel Bien
Rachel Bien

**OUTTEN & GOLDEN LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000
Facsimile:   212-977-4005