# Exhibit 4

| | |
|---|---|
| **From:** | Aimee Hoffman |
| **Sent:** | Wednesday, February 17, 2010 1:13 PM |
| **To:** | Aimee Hoffman |
| **Cc:** | Jackie Brown; Helen McDevitt; David Johnson (HR); Cindy Ballard; Kara Vega; Rob McClary; Johanna Perez; Sheila Andrews; Brian Wright |
| **Subject:** | Summer Intern Program! |

Dear Intern Supervisor:

Summer is fast approaching! We are preparing to send out the internship request forms and wanted to remind you of our **goals**:

- HIRE OUR INTERNS for full time positions!!
- Prepare and develop interns for full time openings across the company
- Establish pipelines of high potential talent in targeted schools and professional organizations

**Please consider these goals when you make your requests.**

GUIDELINES TO THE SUMMER INTERNSHIP PROGRAM

Purpose

The purpose of the Internship Program is to identify talent early and build a diverse and trained pipeline, while giving students experience that complements their education.

Interns Should Be...

- ✓ Fresh new energy to your team bringing new ideas and different perspectives
- ✓ Useful assistance on key projects and day-to-day operations
- ✓ Given professional feedback to help him/her grow

Interns Should NOT Be...

- ✗ Requested due to a busy season, heavy workload or hiring freeze
- ✗ Administrative support or cheap labor
- ✗ Hired to replace regular employees

INTERN QUALIFICATIONS

- Enrolled in a bachelor/master's degree program at an accredited college/university
- Sophomore standing or above
- Able to provide proof of ability to receive college credit for an unpaid internship
- Able to commit a minimum of 16 hours per week

INTERN SUPERVISOR EXPECTATIONS

- Give the intern an introduction to the team and orient them to your office environment

*Hoffman*
EXHIBIT NO: 2
8·16·2012
K. WILDISH

- Provide project-related work and duties that will give educational value to the intern
- Give constructive feedback and provide day-to-day coaching
- Be supportive of the intern's growth and development

Please let me know if you have any questions. **<u>The summer request form will be emailed to you shortly.</u>**

Aimee


**Aimee Hoffman**
Recruiter, Internship and Outreach Programs
Fox Entertainment Group
p: 310-369-REDACTED
f: 310-969-REDACTED
aimee.hoffman@REDACTED

  Please consider the environment before printing this e-mail.

CONFIDENTIAL                                                                                       D0050404