UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                                   :

ERIC GLATT, *et al.*,                   11 Civ. 6784 (WHP)
                                   :
          Plaintiffs,               ORDER

      -against-

FOX SEARCHLIGHT PICTURES INC.,

         Defendant.
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/12

WILLIAM H. PAULEY III, District Judge:

        For the reasons stated on the record on October 9, 2012, Plaintiffs' motion to amend is granted, subject to the following limitations: (1) Eden Antalik's overtime claims on behalf of the Corporate Interns are withdrawn; (2) Eric Glatt, Alexander Footman, and Kanene Gratts do not bring claims against Fox Entertainment Group, Inc.; and (3) the California claims asserted by Gratts do not relate back to the filing of the original complaint. Plaintiffs shall file their amended complaint by October 19, 2012. The Clerk of the Court is directed to terminate the motion pending at ECF No. 27.

Dated: October 9, 2012
      New York, New York

                                       SO ORDERED:

                                       WILLIAM H. PAULEY III
                                             U.S.D.J.

*Counsel of Record:*

Adam T Klein, Esq.
Elizabeth H. Wagoner, Esq.
Rachel M. Bien, Esq.
Reena Arora, Esq.
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016
*Counsel for Plaintiffs*

Elise M. Bloom, Esq.
Amy F. Melican, Esq.
Proskauer Rose LLP
11 Times Square
New York, NY 10036
*Counsel for Defendant*