IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FOX SEARCHLIGHT PICTURES INC. and FOX ENTERTAINMENT GROUP, INC.,

    Defendants.

No. 11 Civ. 6784

**CONSENT TO JOIN**

1. I consent to be a party plaintiff in a lawsuit against Fox Searchlight Pictures Inc., Fox Entertainment Group, Inc. and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. By signing and returning this consent form, I designate Outten & Golden LLP ("O&G") to represent me and make decisions on my behalf concerning the litigation and any settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that O&G will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

3. I also consent to join any separate or subsequent action to assert my claim against Fox Searchlight Pictures Inc., Fox Entertainment Group, Inc. and/or related entities or persons potentially liable.

_[signature]_
Signature

DANIEL SCOTT ROZZEN
Full Legal Name (print)

REDACTED
Address

Woodland Hills, CA    91367
City, State    Zip Code