USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FOX SEARCHLIGHT PICTURES INC. and FOX ENTERTAINMENT GROUP, INC.

Defendants.

No. 11 Civ. 6784 (WHP)

STIPULATION TO DISMISS WITH PREJUDICE CLAIMS OF OPT-IN PLAINTIFFS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

WHEREAS, on December 21, 2012 and December 28, 2012, respectively, Isaac Ahn ("Ahn") and Daniel S. Rozzen ("Rozzen") joined the above-captioned lawsuit pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA") as opt-in plaintiffs. ECF Nos. 81, 84.

WHEREAS, Ahn and Rozzen wish to dismiss their FLSA claims.

NOW, THEREFORE, counsel for Plaintiffs and Defendants on behalf of the respective parties hereby stipulate to the dismissal with prejudice of the FLSA claims of Ahn and Rozzen pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: January 11, 2013
New York, New York

By: _____
Rachel Bien

OUTTEN & GOLDEN LLP
Adam T. Klein
Rachel Bien
Elizabeth Wagoner
Reena Arora
3 Park Avenue, 29th Floor
New York, NY 10016
*Attorneys for Plaintiffs*

By: _____
Amy F. Melican

PROSKAUER ROSE, LLP
Elise Bloom
Amy F. Melican
Eleven Times Square
New York, NY 10036-8299
(212) 245-1000   (212) 969-3410
*Attorneys for Defendant*

**SO ORDERED:**

_____
U.S.D.J.
1/17/13