# Exhibit 13

| | |
|---|---|
| From: | Megan O'Brien |
| Sent: | Thursday, November 19, 2009 7:12 PM |
| To: | Brian Oliver |
| Cc: | Chris Maxwell |
| Subject: | FW: Black Swan Budget Analysis 11.19.09 |
| Attachments: | Budget Analysis 111909.pdf |

Brian,

Here is the new budget amount. The 16.898 will be reduced by 20k (your living expenses) to bring it down to 16.878.

The new net budget would then be 13,551,074.

We will use these numbers for our agreement and if there are any savings realized (e.g., if the bond agrees to a flat rate), whether in the gross or net budget amount, we will address that in the cash flow.

If agreed, we will send revised signature copies which should be signed before the weekend.

Thanks,
Megan

**From:** Liz Sayre
**Sent:** Thursday, November 19, 2009 3:55 PM
**To:** Megan O'Brien
**Subject:** FW: Black Swan Budget Analysis 11.19.09


------ Forwarded Message
**From:** T Au <REDACTED>
**Date:** Thu, 19 Nov 2009 15:14:30 -0800
**To:** Liz Sayre <REDACTED> Jennifer Roth <REDACTED>, Scott Franklin <scott@protozoa.com>, Gabrielle Mahon <REDACTED>
**Subject:** Black Swan Budget Analysis 11.19.09

per our conversation see attached black swan budget analysis 11.19.09


--
Teddy Au



------ End of Forwarded Message



1

CONFIDENTIAL                                                                                                                    D0083260

**Black Swan Budget Analysis 11/19/09**

| | | |
|---|---:|---:|
| **Original Budget** | | $ 16,635,000.00 |
| | | |
| Bond Fee Exclusion | | 26000 |
| Brian Oliver Living | | 20000 |
| Mark Heyman Polish | | 4165 |
| | $ | 50,165.00 |
| | | |
| **Push Cost** | | |
| Cast Housing/Cars | | 1911 |
| Cast Asst Ext/Housing Ext | | 913 |
| Production | | 26344 |
| Wardrobe | | 2863 |
| Transpo | | 35433 |
| Prod Facility/Rentals | | 4762 |
| Bond | | 1445 |
| Contingency | | 7223 |
| | $ | 80,894.00 |
| | | |
| **Post Extension** | | |
| Editor | | 8000 |
| Editor's Asst | | 5000 |
| Post Super | | 3700 |
| Post PA | | 1250 |
| Music Editor | | 5798 |
| Post Ofc | | 1250 |
| Avid Rental | | 5800 |
| Edit Room | | 2450 |
| Fringes | | 7371 |
| Sound Mix | | 22650 |
| Bond | | 1265 |
| Contingency | | 6327 |
| | $ | 70,861.00 |
| | | |
| **Fox Cost** | | |
| Dailies Shipping | | 4200 |
| Dailies/Dubs/DVD's | | 20980 |
| Screening Travel | | 12300 |
| Insurance (E&O/Addl Liab/Essen Elemnt) | | 17122 |
| Bond | | 1092 |
| Contingency | | 5460 |
| | $ | 61,154.00 |

**Total Budget  $ 16,898,074.00**

CONFIDENTIAL

D0083261