PROSKAUER ROSE LLP
Elise M. Bloom
Amy F. Melican (EG-7402)
Eleven Times Square
New York, NY  10036-8299
Telephone 212.969.3000
Fax 212.969.2900
Email:  ebloom@proskauer.com
         amelican@proskauer.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated, | No. 11 Civ. 6784 (WHP) |
| Plaintiffs, | **ECF CASE** |
| v. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| FOX SEARCHLIGHT PICTURES, INC., and FOX ENTERTAINMENT GROUP, INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that, upon the annexed declaration of Elise M. Bloom, Esq., dated February 15, 2013 and the exhibits attached thereto, the declaration of Steven Wolfe, dated February 13, 2013, and the exhibits attached thereto, the declaration of Charles Varga dated February 13, 2013, and the exhibits attached thereto, the declaration of Steven Fox, dated February 14, 2013, the declaration of Jill Gwen Braginets, dated February 13, 2013, the declaration of Elizabeth Sayre, dated February 13, 2013, the declaration of David Johnson, dated February 13, 2013, the declaration of Scott Franklin, dated February 15, 2013, the Memorandum of Law In Support of Defendants' Motion for Summary Judgment, Defendants' Statement of

Material Undisputed Facts Pursuant to Local Rule 56.1, and all prior proceedings in this action, Defendants Fox Searchlight Pictures, Inc., and Fox Entertainment Group, Inc., will move this Court, before the Honorable William H. Pauley III, at the United States District Court House, 500 Pearl Street, New York, NY 10007, on May 3, 2013 at 11:00 a.m., the date and time set for oral argument, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure (i) dismissing Plaintiffs' Amended Complaint in its entirety on the grounds that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law; and (ii) awarding Defendants such other relief as the Court may deem just and proper.

Dated: February 15, 2013
       New York, New York

                                      PROSKAUER ROSE LLP

                                      By:  __s/ Elise M. Bloom_____
                                              Elise M. Bloom
                                              Amy F. Melican
                                              Eleven Times Square
                                              New York, NY  10036-8299
                                              Telephone:  212.969.3000
                                              Fax:  212.969.2900
                                              E-mail:  ebloom@proskauer.com
                                                            amelican@proskauer.com
                                              *Attorneys for Defendants*

TO:    OUTTEN & GOLDEN LLP
         Adam T. Klein, Esq.
         Rachel Bien Esq.
         Elizabeth Wagoner Esq.
         3 Park Avenue, 29th Floor
         New York, New York 10016
         Telephone:  (212) 245-1000
         Fax:  (212) 977-4005
         E-mail: atk@outtengolden.com
                 rmb@outtengolden.com
                 ewagoner@outtengolden.com
         *Attorneys for Plaintiffs*