# Exhibit 82

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# If you had an internship at Fox between September 28, 2008 and September 1, 2010, please read this notice.

## A collective action lawsuit may affect your legal rights.

*This is a court-authorized notice.  This is not a solicitation from a lawyer.*

- Former interns filed a lawsuit on behalf of themselves and other unpaid interns claiming that they should have been paid the minimum wage for the hours they worked.

- The Court has conditionally certified the case as a collective action and authorized this Notice to be sent.

- The purpose of the Notice is to inform you of the existence of the lawsuit, to advise you of your right to join the lawsuit, and to explain how your rights may be affected by the lawsuit.

- Your legal rights may be affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **ASK TO BE INCLUDED** | By signing and sending in the "Consent to Join" form included with this Notice, you will "opt in" and become a Plaintiff in this collective action lawsuit.  If you choose to be included, you may be entitled to share in any monetary recovery that might come from a trial or a settlement in this lawsuit.  You give up any rights to sue the Defendants individually based on the claims in this lawsuit.<br><br>**If you wish to be included, you must complete the Consent to Join form at the end of this Notice.** |
| **DO NOTHING** | If you do not sign and send in the Consent to Join form, you will not join the collective action.  This means that you forego the possibility of recovering back wages under federal law in this lawsuit, if those bringing the lawsuit are successful, and will not be bound by any judgment or settlement.  You retain your right to sue the Defendants separately. |

**QUESTIONS?**
**CONTACT RACHEL BIEN OR ELIZABETH WAGONER**
**AT OUTTEN & GOLDEN LLP**
FOXLAWSUIT@OUTTENGOLDEN.COM
**(212) 245-1000 OR (877) 468-8836**

Your options are explained in this notice. To ask to be included in the lawsuit, you must act before **[insert date 75 days from date notice is mailed]**.

**This notice contains information that affects your rights. Please read it carefully.**

### 1. Why did I get this notice?

You are getting this notice because the Defendants' records show that you had an internship at one or more subsidiaries of Fox Entertainment Group, Inc., including for a television or film subsidiary in its Fox Filmed Entertainment division, a cable or broadcast subsidiary in its Fox Networks Group division, a subsidiary of Fox Interactive Media, or a department of Fox Group.

### 2. What is this lawsuit about?

The lawsuit alleges that interns should have been paid minimum wages for all hours worked pursuant to federal and New York law, even if they received academic credit for their internship.

The individuals who brought the lawsuit, Eric Glatt, Alexander Footman, Eden Antalik, and Kanene Gratts, are called "Plaintiffs." The "Defendants" are Fox Entertainment Group, Inc. and Fox Searchlight Pictures, Inc.

The lawsuit is known as *Glatt v. Fox Searchlight Pictures, Inc.*, Case No. 11 Civ. 6784, and is pending before the Honorable William H. Pauley III, in the United States District Court for the Southern District of New York.

### 3. What is a collective action and who is involved?

In a collective action, one or more individuals can bring a lawsuit on behalf of others who are "similarly situated" to them. All interns who join the case will become part of the "Collective" and will be called "Collective Members." One Court will resolve the issues for the Collective.

### 4. Why is this lawsuit a Collective Action?

The Court has made a preliminary determination that the Plaintiffs are similarly situated to other interns and authorized this case to proceed as a collective action under Section 216(b) of the Fair Labor Standards Act ("FLSA").

### 5. Has the Court decided who is right?

The Court has not decided whether or not the Defendants violated the law. By allowing this case to proceed as a Collective Action and issuing this Notice, the Court is not suggesting that the Plaintiffs will win or lose the case.

QUESTIONS?
CONTACT RACHEL BIEN OR ELIZABETH WAGONER
AT OUTTEN & GOLDEN LLP
FOXLAWSUIT@OUTTENGOLDEN.COM
**(212) 245-1000 OR (877) 468-8836**

### 6. What are the Plaintiffs asking for?

The Plaintiffs seek to recover unpaid minimum wages, 100% liquidated damages, attorneys' fees, and costs, for themselves and the members of the Collective.

### 7. Can I join the collective?

Yes, if you were an intern between September 28, 2008 and September 1, 2010 and return the Consent to Join form by the deadline in this Notice.

### 8. What happens if I do nothing at all?

If you do not choose to join this lawsuit, you will not be affected by any decision in this case, whether favorable or unfavorable. You will not be entitled to share in any amounts recovered by the Plaintiffs as part of the lawsuit. You also will be free to hire your own lawyer and file your own lawsuit. You should be aware that your time to bring federal wage and hour claims is limited by a two or three-year statute of limitations.

### 9. What happens if I join the lawsuit?

If you choose to join this lawsuit, you will be bound by any ruling, settlement or judgment, whether favorable or unfavorable. You will also share in any settlement or judgment obtained by the Plaintiffs. By joining this lawsuit, you agree to have the Plaintiffs act as your representatives and make decisions on your behalf concerning the case, including approving any settlement, entering into an agreement with counsel regarding payment of attorneys' fees and costs, and deciding all other matters pertaining to this lawsuit. Decisions made and agreements entered into by the Plaintiffs will be binding on you if you join the lawsuit.

While this suit is pending, you may be asked to provide documents or information relating to your internship. You also may be asked to testify under oath at a deposition scheduled at your convenience.

### 10. Can Defendants and/or my current employer retaliate against me if I join the lawsuit?

No. It is a violation of federal law for your current employer or Defendants to fire, discipline, or in any manner retaliate against you for taking part in this case.

### 11. How do I ask the Court to include me in the case?

Enclosed is a form called "Consent to Join." **If you choose to join this lawsuit, it is extremely important that you read, sign, and promptly return the Consent to Join form**. An addressed and postage-paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Consent to Join Form must be sent to:

[INSERT CLAIMS ADMINISTRATOR'S ADDRESS]

QUESTIONS?
CONTACT RACHEL BIEN OR ELIZABETH WAGONER
AT OUTTEN & GOLDEN LLP
FOXLAWSUIT@OUTTENGOLDEN.COM
**(212) 245-1000 OR (877) 468-8836**

You can also fax the Consent to Join form to (212) 977-4005 or scan and email it to FoxLawsuit@outtengolden.com.

**The signed Consent to Join form must be postmarked, emailed, or faxed by [75 days from mailing of this Notice].**

### 12. Do I have a lawyer in this case?

If you choose to join this lawsuit, you will be represented by the attorneys who represent the Plaintiffs – Adam T. Klein, Rachel Bien, and Elizabeth Wagoner of Outten & Golden LLP, 3 Park Avenue, 29th Floor, New York, NY 10016, (212)-245-1000.

### 13. Should I get my own lawyer?

You do not need to hire your own lawyer because the Plaintiffs' attorneys will be working on your behalf. You may hire your own lawyer at your own expense.

### 14. How will the lawyers be paid?

You will not be required to pay any attorneys' fees or costs out of your own pocket. The Plaintiffs have entered into a contingency fee agreement with their attorneys. Under the agreement, if there is a settlement or if there is a trial and the Plaintiffs prevail, the attorneys will ask the Court to approve as their attorneys' fees the greater of: (a) one-third of the recovery, or (b) the "lodestar" amount, calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit. You can obtain a copy of the contingency fee agreement executed by the Plaintiffs upon request.

### 15. Questions?

If you have any questions, please write, e-mail or call Rachel Bien or Elizabeth Wagoner at:

Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000 or toll-free at (877) 468-8836
FoxLawsuit@outtengolden.com


DATED:   February ___, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, AND KANENE GRATTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOX SEARCHLIGHT PICTURES, INC. AND FOX ENTERTAINMENT GROUP, INC.,<br><br>Defendants. | No. 11 Civ. 6784 (WHP)<br><br>**CONSENT TO JOIN** |

1.  I consent to be a party plaintiff in a lawsuit against Fox Entertainment Group, Inc. and Fox Searchlight Pictures, Inc. in order to seek redress for alleged violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.  By signing and returning this consent form, I hereby designate the Plaintiffs and their attorneys, Outten & Golden LLP, to represent me in such lawsuit and to make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable and to be bound by any settlement entered into on my behalf by the Plaintiffs and their attorneys. I understand that reasonable costs expended by the attorneys on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that the attorneys will petition the Court to award them attorneys' fees from any settlement or judgment, in an amount the greater of: (1) their "lodestar," calculated by multiplying their reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.

_____     _____
Signature                            Date

_____     _____
Print                                Telephone number

_____     _____
Address                              City, State and Zip Code

                                     _____
                                     Email address