MEMO ENDORSED

**Proskauer**  Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

February 19, 2013



RECEIVED
FEB 19 2013
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**VIA HAND DELIVERY**

Hon. William H. Pauley III
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
Courthouse 500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/13
```

Re:   *Glatt v. Fox Searchlight Pictures, Inc.*
      11-cv-06784

Dear Judge Pauley:

We are writing to notify the Court that my declarations in support of Defendants' motion for summary judgment and motion to strike the class claims in the above-referenced action were filed after midnight on Friday, February 15, 2013.

Defendants began the filing process of the motions on February 15th before 7:30 p.m. Although we finished filing the motions and (with the exception of my declarations) all of the supporting documents on February 15th before midnight, we had problems with the electronic formatting of the exhibits to my declarations. Several people in our office worked for several hours to resolve the issues with the exhibits, and attempts were made to file both declarations before midnight on February 15th. The filing for those two declarations, however, did not go through until 2:33 a.m. and 3:44 a.m., respectively.

We have been in contact with Plaintiffs' counsel and they have indicated that they will not object to the filing of the declarations. We apologize for the delay and ask that the Court accept the declarations.

Respectfully submitted,

*Elise M. Bloom / lrb*

Elise M. Bloom

cc:   Amy F. Melican, Esq.
      Adam Klein, Esq.
      Rachel Bien, Esq.
      Elizabeth Wagoner, Esq.

Application granted.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
2/20/13