MEMO ENDORSED

# Proskauer»
Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/13

April 12, 2013

**BY HAND**

Elise M. Bloom
Member of the Firm
d 212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

Honorable Judge William H. Pauley III
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
Courthouse 500 Pearl Street
New York, New York 10007

RECEIVED
APR 12 2013

Re:   *Glatt v. Fox Searchlight Pictures, Inc.*
      11-cv-06784

Dear Judge Pauley:

We represent Defendants Fox Searchlight Pictures, Inc. and Fox Entertainment Group, Inc., in the above-referenced matter. We write to advise the Court of a potential conflict with the date for oral argument, which is currently set for May 3, 2013 at 11:00 a.m., and to respectfully request that the Court reserve time for oral argument on Friday, May 10, 2013 in case Defendants are not able to appear on the May 3 date.

I am trial counsel for the defendants in *Bell, et al. v. Citizens Financial Group, et al.* (2:10-cv-00320), a class action that currently being tried to a jury before the Honorable Gary Lancaster in the U.S. District Court for the Western District of Pennsylvania. The trial is underway, but is moving more slowing than anticipated, and I now believe that the trial will still be underway and that I will be Pittsburgh on the *Bell* matter on May 3.

We have contacted plaintiffs concerning this scheduling issue. Plaintiffs' counsel, Rachel Bien, advised us that she would prefer to maintain the May 3 date for the time being until Defendants have a firmer sense of when the trial will end and because she is scheduled to begin maternity leave in mid-May and is concerned about moving the oral argument too close to her due date. However, Ms. Bien agreed that, in the event that the trial will extend to May 3, she would agree to an adjournment of the oral argument date up to Friday, May 10.

I will have a better idea of my trial schedule next week, but wanted to bring the issue to the Court's attention. Should there be a conflict with the May 3 date, the parties are available for oral argument on Friday, May 10.

We appreciate Your Honor's consideration of this request

Respectfully submitted,

*Elise M Bloom*

Elise M. Bloom

Oral argument is rescheduled to May 17, 2013 at 11:00 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
4/17/13

# Proskauer»

Honorable Judge William H. Pauley III
April 12, 2013
Page 2

cc:     Amy F. Melican, Esq. (*by email*)
        Adam T. Klein, Esq. (*by email*)
        Rachel Bien, Esq. (*by email*)
        Elizabeth Wagoner, Esq. (*by email*)