**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Sally Abrahamson (admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>FOX SEARCHLIGHT PICTURES INC. and FOX ENTERTAINMENT GROUP, INC.,<br><br>          Defendants. | No. 11 Civ. 6784 (WHP) (AJP) |

### DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY

I, Elizabeth Wagoner, pursuant to 29 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an Associate at Outten & Golden LLP, attorneys for Plaintiffs herein, and an attorney in good standing admitted to practice in the State of New York and before this Court.

2. I seek to withdraw as counsel for Plaintiffs in the above-captioned matter because my last day with the law firm of Outten & Golden LLP will be May 3, 2013.

3. My withdrawal will not prejudice Plaintiffs because Outten & Golden will continue to represent them.

Dated: May 3, 2013
New York, New York

Respectfully Submitted,

/s/ Elizabeth Wagoner
Elizabeth Wagoner