**OUTTEN & GOLDEN LLP**
Adam T. Klein
Rachel Bien
Sally Abrahamson (admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>FOX SEARCHLIGHT PICTURES INC. and FOX ENTERTAINMENT GROUP, INC.,<br><br>        Defendants. | No. 11 Civ. 6784 (WHP) (AJP) |

### MOTION TO WITHDRAW AS ATTORNEY

      Plaintiffs, by and through their attorneys, hereby notify the Court that Reena Arora's last day with the law firm of Outten & Golden LLP is May 3, 2013 and should be withdrawn as attorney of record in the above-captioned matter. The undersigned requests that all further electronic notices in the above-referenced matter to Ms. Arora be terminated. Plaintiffs continue to be represented by the undersigned counsel Outten & Golden LLP and will not be prejudiced by Ms. Arora's withdrawal.

Dated:  May 3, 2013
        New York, New York

                              Respectfully submitted,

                              **OUTTEN & GOLDEN LLP**
                              By:

                              /s/ Rachel Bien
                              Rachel Bien

                              Adam T. Klein
                              Rachel Bien
                              Sally J. Abrahamson (admitted *pro hac vice*)
                              3 Park Avenue, 29th Floor
                              New York, New York 10016
                              Telephone:  212-245-1000
                              Facsimile: (212) 977-4005

                              *Attorneys for Plaintiffs*