PROSKAUER ROSE LLP
Elise M. Bloom
Amy F. Melican
Eleven Times Square
New York, NY  10036
Telephone: 212.969.3000/Fax: 212.969.2900
ebloom@proskauer.com
amelican@proskauer.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| ERIC GLATT and ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    -against-<br><br>FOX SEARCHLIGHT PICTURES INC. and FOX ENTERTAINMENT GROUP, INC.,<br><br>    Defendants. | Civil Action No. 11 CV 6784 (WHP)<br><br>ECF Case<br><br>**NOTICE OF MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S <u>JUNE 11, 2013 ORDER</u>** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

For the reasons set forth in Defendant Fox Searchlight Pictures, Inc. and Fox Entertainment Group, Inc.'s (collectively, "Defendants") Memorandum in Support of Defendants' Motion for Partial Reconsideration of the Court's June 11, 2013 Order, and the Record established before this Court, Defendants respectfully request that, pursuant to Local Civil Rule 6.3, the Court enter an Order ruling that: (i) "Fox Group" and "Fox Interactive Media (renamed News Corp. Digital Media)" be stricken from the Fed. R. Civ. P. 23 New York Labor Law class action and Fair Labor Standards Act ("FLSA") collective action definitions; and (ii)

the time period for the FLSA collective action runs at most from June 11, 2010 through September 1, 2010.

Dated: New York, New York
June 25, 2013

                                              PROSKAUER ROSE LLP

                                              By: */s/ Elise M. Bloom*
                                                    Elise M. Bloom
                                                      Amy F. Melican
                                              Eleven Times Square
                                              New York, NY 10036-8299
                                              Telephone:  212.969.3000
                                              Fax:  212.969.2900
                                              ebloom@proskauer.com
                                              amelican@proskauer.com
                                              *Attorneys for Defendants*