**MANDATE**

S.D.N.Y.-N.Y.C.
11-cv-6784
Pauley, J.

S.D.N.Y.-N.Y.C.
12-cv-793
Baer, J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of November, two thousand thirteen.

Present:
    Robert A. Katzmann,
        *Chief Judge,*
    Ralph K. Winter,
    Guido Calabresi,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 06, 2015

Fox Searchlight Pictures Inc., *et al.*,

    *Petitioners*,
    v.

Eric Glatt, on behalf of himself and all others similarly situated, *et al.*,

    *Respondents*.

13-2467 (L);
13-3677 (Con)

Xuedan Wang, on behalf of herself and all others similarly situated, *et al.*,

    *Petitioners*,

Jessica Ann Best, *et al.*,

    *Plaintiffs*,
    v.

The Hearst Corporation,

    *Respondent*.

13-2616

**MANDATE ISSUED ON 05/06/2015**

The consolidated appeals docketed under 13-2467(L) and 13-3677(Con), and the appeal docketed under 13-2616, are considered in tandem for purposes of this order.

The Petitioners in the proceeding docketed under 13-2467(L) and 13-3677(Con), through counsel, petition, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal from the district court's order granting Respondents' motion for class certification, and, pursuant to 28 U.S.C. § 1292(b), for leave to appeal from an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED.

The Petitioners in the proceeding docketed under 13-2616, through counsel, petition pursuant to 28 U.S.C. § 1292(b), for leave to appeal from an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petition is GRANTED.

It is further ORDERED that the appeals docketed under 13-2467(L) and 13-3677(Con) be heard in tandem with the appeal docketed under 13-2616. Petitioners are directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

                                                  FOR THE COURT:
                                                  Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit