IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOX SEARCHLIGHT PICTURES, INC., and FOX ENTERTAINMENT GROUP, INC.,<br><br>Defendants. | No. 11-CV-6784 (WHP) |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, APPROVAL OF PROPOSED NOTICE OF SETTLEMENT, AND ENTRY OF FINAL JUDGMENT WITH RESPECT TO PLAINTIFF KANENE GRATTS**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement ("Motion for Preliminary Approval") and in the Declaration of Rachel Bien in Support of Plaintiffs' Motion for Preliminary Approval ("Bien Decl."), and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

(1) granting preliminary approval of the Settlement Stipulation, attached as **Exhibit A** to the Bien Decl.;

(2) conditionally certifying the New York Rule 23 Settlement Class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement;

(3) appointing Outten & Golden LLP as Class Counsel;

(4)     approving the Proposed Notice of Class and Collective Action Settlement, attached as **Exhibit A** to the Settlement Stipulation, and directing its distribution; and

(5)     granting such other, further, or different relief as the Court deems just and proper.

*     *     *

Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: July 12, 2016
       New York, New York

          Respectfully submitted,
          **OUTTEN & GOLDEN LLP**

          /s/ Rachel Bien
          Rachel Bien

          Rachel Bien
          Sally J. Abrahamson
          3 Park Avenue, 29th Floor
          New York, New York 10016
          Telephone:  (212) 245-1000
          Facsimile:  (646) 509-2060
          ***Attorneys for Plaintiffs***