IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated,<br><br>                  **Plaintiffs,**<br><br>                  v.<br><br>FOX SEARCHLIGHT PICTURES, INC., and FOX ENTERTAINMENT GROUP, INC.,<br><br>                  **Defendants.** | No. 11-CV-6784 (WHP) |

**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, AND <u>APPROVAL OF THE FLSA SETTLEMENT</u>**

      For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement, Certification of the Settlement Class, and Approval of the FLSA Settlement, and in the accompanying Declaration of Juno Turner ("Turner Decl."), and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

1. finally certifying the Class as defined in the Settlement Stipulation, attached as Exhibit A to the Turner Decl.;

2. granting final approval of the Settlement Stipulation;

3. approving the FLSA Settlement; and

4. granting any other relief that the Court deems just and proper.

                                      \*        \*        \*

Plaintiffs submit a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: November 2, 2016
New York, New York

                                        Respectfully submitted,
                                        **OUTTEN & GOLDEN LLP**

                                        /s/ Juno Turner
                                        Juno Turner

                                        Juno Turner
                                        Rachel Bien
                                        Sally J. Abrahamson
                                        685 Third Avenue, 25th Floor
                                        New York, New York 10017
                                        Telephone:  (212) 245-1000
                                        Facsimile:  (646) 509-2060
                                        ***Attorneys for Plaintiffs***