IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GLATT, ALEXANDER FOOTMAN, EDEN ANTALIK, and KANENE GRATTS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>                v.<br><br>FOX SEARCHLIGHT PICTURES, INC., and FOX ENTERTAINMENT GROUP, INC.,<br><br>                Defendants. | No. 11-CV-6784 (WHP) |

**NOTICE OF MOTION FOR APPROVAL OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and the accompanying Declaration of Juno Turner and the supporting exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

1. awarding Class Counsel attorneys' fees and cost in the amount of $200,000; and

2. granting such other, further, or different relief as the Court deems just and proper.

Dated: November 2, 2016
       New York, New York

                                        Respectfully submitted,
                                        **OUTTEN & GOLDEN LLP**

                                        /s/ Juno Turner
                                        Juno Turner

                                        Juno Turner
                                        Rachel Bien
                                        Sally J. Abrahamson
                                        685 Third Avenue, 25th Floor

New York, New York 10017
Telephone:  (212) 245-1000
Facsimile:  (646) 509-2060
***Attorneys for Plaintiffs***